# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REAL MONEY SPORTS, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>REAL SPORTS, INC., et al.,<br><br>    Defendant(s). | 2:12-CV-1714 JCM (CWH) |

**ORDER**

Presently before the court is defendants', Real Sports, Inc. and James Spatafore, ex parte motion for an enlargement of time to file an answer to the complaint. (Doc. # 29).

Defendants' answer was due on Friday, March 8, 2013. On that date, defendants filed the instant motion. Defendants' counsel represents to the court that for various reasons he has been unable to file the answer within the allotted time limit. Defendants request a fifteen day extension to file the answer. The new deadline date is March 22, 2013. The court finds good cause to grant the extension.

However, the court cannot discern any reason the instant motion was filed ex parte. Defendants' counsel is instructed to read local rules 6-1, 6-2, and 7-1. The first option for filing an extension of time is an stipulation between the parties. Motions are appropriate after the parties cannot agree to stipulations to extend time, and such motions should be rare. There is no reason why this motion should be ex parte.

. . .

**James C. Mahan**
**U.S. District Judge**

1    Therefore, the opposing party shall have access to the instant motion.

2    Accordingly,

3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' ex parte
4    motion for an enlargement of time to file an answer (doc. # 29) be, and the same hereby, is
5    GRANTED consistent with the foregoing and the motion.

6    IT IS FURTHER ORDERED that defendants' answer shall be filed no later than March 22,
7    2013.

8    DATED March 14, 2013.

_____
**UNITED STATES DISTRICT JUDGE**